# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 30, 2020

In re:

    Stewart Staffing Solutions & Recruitment Group, LLC  
    Debtor*

Case Number: 19−21198  
Chapter: 7

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, a hearing will be held remotely using the ZoomGov platform, and is scheduled in the above captioned matter to be held on **September 3, 2020** at **10:00 AM** to consider and act upon the following matter(s):

> **Interim Application for Compensation for Jeffrey Hellman, Trustee's Attorney, Fee: $5,342.45, Expenses: $325.00 Filed by Jeffrey Hellman, Attorney. (Re: Doc #62)**

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Inquiries regarding the scheduled remote hearing should be directed to the following Courtroom Deputy email address CourtroomDeputy_Hartford@ctb.uscourts.gov.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073–1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen–shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

---

Topic: USBC–CT Hartford July 30, 2020 Hearings

Join ZoomGov Meeting
https://www.zoomgov.com/j/1606552790?pwd=WDM2ZWVrVkI1dGFXak10clAxbU9ZZz09

Meeting ID: 160 655 2790
Password: Hartford1@
One tap mobile
+16692545252,,1606552790#,,1#,457163# US (San Jose)
+16468287666,,1606552790#,,1#,457163# US (New York)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 160 655 2790
Password: 457163
Find your local number: https://www.zoomgov.com/u/abAuQtj0v3

---

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: July 30, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112